PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: George Bussanich, Jr.　　　Cr.: 15-00424-002
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 1723902

Name of Sentencing Judicial Officer:　THE HONORABLE CLAIRE C. CECCHI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/14/2019

Original Offense:　Count One: Tax Evasion, 26 U.S.C. § 7201

Original Sentence: 3 years' probation

Special Conditions: $100 Special Assessment, $80,406 in Restitution, 8 months of Location Monitoring, Alcohol Testing and Treatment, Financial Disclosure, IRS – Cooperation, Mental Health Treatment, New Debt Restrictions, and Self-Employment/Business Disclosure

Type of Supervision: Probation　　　　　　　　　　　　Date Supervision Commenced: 11/14/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without getting permission from the court or the probation officer.'** |
| | On May 1, 2023, Bussanich Jr. admitted to traveling outside the district to Toronto, Canada from April 27, 2023, to April 30, 2023, without permission from the court or the probation officer. |

**U.S. Probation Officer Action:**

We are respectfully requesting no formal Court action to be taken at this time. Bussanich Jr. admitted to the mistake which he advised was due to a confusion with New Jersey State Parole who did provide him permission for travel. Furthermore, the purpose of the travel was for his daughter's hockey event.

The U.S. Probation Office verbally reprimanded Bussanich Jr. and stated permission was needed from our office. He was explained the travel guidelines for any future travel requests. Therefore, we recommend the presentation of the Probation Form 12A to Bussanich Jr. as a reprimand issued under the authority of the Court.

Prob 12A – page 2
George Bussanich, Jr.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By:  PATRICK HATTERSLEY
Supervisory U.S. Probation Officer

/bgm

PREPARED BY:

_____   05/04/2023
BRENDAN G. MURILLO                Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/12/2023
Date